**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1285**

---

MARY F. LINVILLE, Widow of Buddy Linville,

                                          Petitioner,

    versus

ISLAND CREEK COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

                                        Respondents.

---

On Petition for Review of an Order of the Benefits Review Board
(04-439-BLA)

---

Submitted:  August 18, 2005         Decided:  August 23, 2005

---

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mary F. Linville, Petitioner Pro Se. Mary Rich Maloy, JACKSON
KELLY, PLLC, Charleston, West Virginia; Christian P. Barber, Sarah
Marie Hurley, Donald Steven Shire, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary F. Linville seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Linville v. Island Creek Coal Co.</u>, No. 04-439-BLA (Jan. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>